UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
UNITED STATES OF AMERICA,                          :
                                                   :     **ORDER**
                    v.                             :     24-CR-449 (WFK)
                                                   :
SIMON IRVIN,                                       :
                                                   :
                    Defendant.                     :
--------------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

On June 9, 2026, the Court held a change-of-plea hearing in the above-captioned action.
At the change-of-plea hearing, the Government requested the Court modify Defendant's
conditions of release to remove the condition of home detention and to impose a curfew with
location monitoring as directed by Pretrial Services. The Court GRANTS the Government's
request.


SO ORDERED.

**s/WFK**

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: June 10, 2026
Brooklyn, New York